# Exhibit C



## Other Options

→ Upload and open config file  **BROWSE FOR HPC FILE**

→ Email support

→ Search for an existing configuration    [Edit Configuration Id]

→ Product Information Library

United States

**Corporate**
- About HPE
- Accessibility
- Careers
- Contact Us
- Corporate Responsibility
- Events
- Hewlett Packard Labs
- Investor Relations
- Leadership
- Newsroom
- Public Policy
- Sitemap

**Partners**
- Partner Programs
- Find a Partner

**Social**
- LinkedIn
- Facebook
- Twitter
- YouTube

**Communities**
- HPE Blogs and Forum

**Customer Resources**
- How to buy
- Enterprise Store
- Public Sector Store
- Education and Training
- Email Signup
- Executive Briefing Centers
- Look up old HP.com URL

**Legal**
- Privacy
- Terms of Use
- Ad Choices & Cookies
- Do Not Sell My Personal Information
- Supply Chain Transparency

© Copyright 2020 Hewlett Packard Enterprise Development LP