# Exhibit D



Hewlett Packard Enterprise
Austin, TX
6 days ago

**DevOps Solution Architect**
Hewlett Packard Enterprise
Austin, TX
3 months ago

**PROS IT Technical Developer**
Hewlett Packard Enterprise
Austin, TX
2 months ago

**SFDC IT Developer**
Hewlett Packard Enterprise
Austin, TX
2 months ago

**Senior SAP ABAP FICO Developer**
Hewlett Packard Enterprise
Austin, TX
6 days ago

**Order Capture IT Technical Developer**
Hewlett Packard Enterprise
Austin, TX
2 months ago

You've viewed all jobs for this search

More searches

Linked in   © 2020   About   Accessibility   User Agreement   Privacy Policy   Cookie Policy   Copyright Policy   Brand Policy   Guest Controls   Community Guidelines   Language