# Exhibit E

Title: One Config Simple (OCS)
Link: https://h22174.www2.hpe.com/SimplifiedConfig/Welcome
Captured: Friday, August 21, 2020 10:20:30



Home / Aruba / Wireless / Mobility Controllers/Gateway / Campus / Aruba 7200 Series Mobility Controllers

Search for Model:   User
Settings | Language : English (US) |   Currency : USD

① **Select a product**     ② configure     ③ Submit for quote

### Aruba 7200 Series Mobility Controllers

Aruba 7200 Series Mobility Controllers enhance WLAN performance for high density enterprise requirements in large and midsize campuses. The Aruba 7200 Series centralizes control functionality for individual Aruba access points (APs) in order to improve AP utilization and client roaming. It can also be repurposed as an SD-WAN gateway for optimized WAN connectivity. The Aruba 7200 Series serv…more

**PRODUCTS**                                           **LIST PRICE (Indicative)**

Field Integrated Models (BTO) - *Additional Components are shipped separately

**Aruba 7280 (US) 2x40GbE and 8x10GBASE-X (SFP+) Controller (JX910A) BTO**     USD **102,602.00**     🔧 Configure

- Aruba 7280 Mobility Controller with 8 x 10GBase-x (SFP/SFP+) and 2 x 40GbE QSFP+ ports
- Includes one 550W AC power supply
- SFP/SFP+ ports min=0 \ max=8 SFP/SFP+ Transceivers
- QSFP+ ports min=0 \ max=2 Transceivers

**Aruba 7280 (US) FIPS/TAA-compliant 2x40GbE and 8x10GBASE-X (SFP+) Controller (JX914A) BTO**     USD **128,253.00**     🔧 Configure

- Aruba 7280 Mobility Controller with 8 x 10GBase-x (SFP/SFP+) and 2 x 40GbE QSFP+ ports
- FIPS & TAA Compliant
- Includes one 550W AC power supply)
- SFP/SFP+ ports min=0 \ max=8 SFP/SFP+ Transceivers
- QSFP+ ports min=0 \ max=2 Transceivers

Let's chat!

**Aruba 7210 (US) FIPS/TAA 4p 10GBase-X (SFP+) 2p Dual Pers (10/100 /1000BASE-T or SFP) Controller (JW746A) BTO**     USD **31,515.00**     🔧 Configure

- Aruba 7210, 4x 10GBase-X (SFP+), 1x 350W AC PS, Unrestricted Regulatory Domain. FIPS & TAA Compliant. These products should be considered as 'Rest of World' products and MUST NOT be used for deployments in the United States, Israel or Japan.
- Combo Ports min=0 \ max=2 SFP Transceivers
- SFP/SFP+ ports min=0 \ max=4 SFP/SFP+ Transceivers



Title: One Config Simple (OCS)
Link: https://h22174.www2.hpe.com/SimplifiedConfig/Welcome
Captured: Friday, August 21, 2020 10:20:30

# Other Options

→ Upload and open config file

BROWSE FOR HPC FILE

→ Email support

→ [illegible]

Edit Configuration Id

→ Product Information Library

United States

**Corporate**
- About HPE
- Accessibility
- Careers
- Contact Us
- Corporate Responsibility
- Events
- Hewlett Packard Labs
- Investor Relations
- Leadership
- Newsroom
- Public Policy
- Sitemap

**Partners**
- Partner Programs
- Find a Partner

**Social**
- LinkedIn
- Facebook
- Twitter
- YouTube

**Communities**
- HPE Blogs and Forum

**Customer Resources**
- How to buy
- Enterprise Store
- Public Sector Store
- Education and Training
- Email Signup
- Executive Briefing Centers
- Look up old HP.com URL

**Legal**
- Privacy
- Terms of Use
- Ad Choices & Cookies
- Do Not Sell My Personal Information
- Supply Chain Transparency

© Copyright 2020 Hewlett Packard Enterprise Development LP

Title: One Config Simple (OCS)
Link: https://h22174.www2.hpe.com/SimplifiedConfig/Welcome
Captured: Friday, August 21, 2020 10:19:06

**Hewlett Packard Enterprise**

Solutions   Services   Products   About Us   Support

Home / Aruba / Wireless / Client Bridge / Wireless Client Bridge / Aruba 501 Wireless Client Bridge Series

Search for Model:   User
Settings   Language : English (US) |   Currency : USD

① Select a product    ② configure    ③ Submit for quote

## Aruba 501 Wireless Client Bridge Series

The HPE 501 Wireless Client Bridge Series extends the life of legacy devices by bridging Ethernet clients to WLAN and extending WLAN access to a range of protocols. Electronic cash registers, medical and manufacturing equipment, and other devices can be deployed in any location with a WLAN signal saving the time and expense needed for installing Ethernet cables for network access. The 501 W ...more

PRODUCTS                                                                                   LIST PRICE (Indicative)

**Field Integrated Models (BTO) - *Additional Components are shipped separately**

### Aruba 501 Wireless Client Bridge (J9835A) BTO                                          USD **418.00**    🔧 Configure

- Ports 1 RJ-45 autosensing 10/100/1000 port (IEEE 802.3 Type 10BASE-T, IEEE 802.3u Type 100BASE-TX, IEEE 802.3ab Type 1000BASE-T)
- Duplex: 10BASE-T/100BASE-TX: half or full
- 1 RS-232C serial console port
- Radio Single radio (802.11 a/b/g/n/ac)
- Antenna Three RP-SMA; 2 dBi dual-band omnidirectional; 3 external antennas

### Other Options

→ Upload and open config file
  [ BROWSE FOR HPC FILE ]
→ Email support

Edit Configuration Id   🔍

Title: One Config Simple (OCS)
Link: https://h22174.www2.hpe.com/SimplifiedConfig/Welcome
Captured: Friday, August 21, 2020 10:19:06

→ Product Information Library

United States

| Corporate | Partners | Social | Communities | Customer Resources | Legal |
|---|---|---|---|---|---|
| About HPE | Partner Programs | LinkedIn | HPE Blogs and Forum | How to buy | Privacy |
| Accessibility | Find a Partner | Facebook | | Enterprise Store | Terms of Use |
| Careers | | Twitter | | Public Sector Store | Ad Choices & Cookies |
| Contact Us | | YouTube | | Education and Training | Do Not Sell My Personal Information |
| Corporate Responsibility | | | | Email Signup | Supply Chain Transparency |
| Events | | | | Executive Briefing Centers | |
| Hewlett Packard Labs | | | | | |
| Investor Relations | | | | Look up old HP.com URL | |
| Leadership | | | | | |
| Newsroom | | | | | |
| Public Policy | | | | | |
| Sitemap | | | | | |

© Copyright 2020 Hewlett Packard Enterprise Development LP