AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-CV-783-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HEWLETT PACKARD ENTERPRISE COMPANY .

Date: 09/01/2020

/s/ Barry K. Shelton
*Attorney's signature*

Barry K. Shelton, TX 24055029
*Printed name and bar number*

Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, TX 78734

*Address*

bshelton@sheltoncoburn.com
*E-mail address*

(512) 263-2165
*Telephone number*

(512) 263-2166
*FAX number*