Civil Action No. 6:20-cv-00783-ADA

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____Hewlett Packard Enterprise Company_____ was received by me on *(date)* _____August 26, 2020_____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Service accomplished via Certified Mail with Electronic Delivery Confirmation USPS# **9407111898765824241764** Delivered on September 1, 2020

My fees are $_____ for travel and $_____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: __September 2, 2020__

*R. W. Mort III* (signature)
Server's signature

Raymond W. Mort, III
Printed name and title

The Mort Law Firm, PLLC
100 Congress Ave, Suite 2000
Austin, Texas 78701
Server's address

Additional information regarding attempted service, etc:

# Electronic Delivery Confirmation™



The Mort Law Firm, PLLC
100 CONGRESS AVE STE 2000
AUSTIN TX 78701-2745

**USPS CERTIFIED MAIL**

9407 1118 9876 5824 2417 64

Hewlett Packard Enterprise Company
c/o Corporation Service Company
1999 BRYAN ST STE 900
DALLAS TX 75201-3140

$6.55    US POSTAGE
FIRST-CLASS
Aug 26 2020
Mailed from ZIP 34747

11923275



062S0012913542

| | |
|---|---|
| Reference | HPE |
| USPS # | 9407111898765824241764 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered at Sep 01 in DALLAS,TX 75201. |
| USPS History | Arrived at Unit at Sep 01 in DALLAS,TX 75201. |
| | Available for Pickup at Aug 31 in DALLAS,TX 75201. |
| | Out for Delivery at Aug 31 in DALLAS,TX 75201. |
| | Departed USPS Regional Destination Facility at Aug 30 in DALLAS TX DISTRIBUTION CENTER, . |
| | Arrived at USPS Regional Facility at Aug 30 in DALLAS TX DISTRIBUTION CENTER, . |
| | Departed USPS Facility at Aug 30 in IRVING,TX 75059. |
| | Arrived at USPS Facility at Aug 30 in IRVING,TX 75059. |
| | Departed USPS Regional Facility at Aug 29 in SEMINOLE-ORLANDO FL DISTRIBUTION CENTER, . |
| | Arrived at USPS Regional Origin Facility at Aug 28 in SEMINOLE-ORLANDO FL DISTRIBUTION CENTER, . |
| | Arrived at USPS Facility at Aug 28 in KISSIMMEE,FL 34741. |
| | Arrived at USPS Regional Origin Facility at Aug 28 in SEMINOLE-ORLANDO FL DISTRIBUTION CENTER, . |
| | Accepted at USPS Origin Facility at Aug 27 in KISSIMMEE,FL 34747. |
| | Shipment Received, Package Acceptance Pending at Aug 27 in KISSIMMEE,FL 34747. |
| | Mail piece was scanned in ZIP code 34747 on Aug 26 |
| | The tracking information for this item was received by the US Postal |

**Electronic Delivery Confirmation Report © 2020** Certified Mail Envelopes, Inc. All rights reserved.
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2020** Certified Mail Envelopes, Inc.    www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/02/2020 (UTC)**

Service at Aug 26, but the item has not yet been scanned in the mailstream. Please check back later.



**Electronic Delivery Confirmation Report © 2020 Certified Mail Envelopes, Inc. All rights reserved.**
The data collected for this mail label was authored and reported by The United States Postal Service USPS. Copies are available from your Post Office or online at www.USPS.com.  USPS Certified Mail™ is a registered trademark of The United States Postal Service. All rights reserved.
**Report Design Copyright 2020** Certified Mail Envelopes, Inc.  www.Certified-Mail-Labels.com www.Certified-Mail-Envelopes.com
**Date Verified: 09/02/2020 (UTC)**

ALERT: AS HURRICANE LAURA RECOVERY EFFORTS ARE UNDERWAY IN GULF COAST AREAS, STAY UPDATED ON USPS SERVI…

# USPS Tracking®

FAQs ›

Track Another Package +

Tracking Number: 9407111898765824241764

Remove ✕

Your item was delivered at 9:48 am on September 1, 2020 in DALLAS, TX 75201.

Feedback

## ✓ Delivered

September 1, 2020 at 9:48 am
Delivered
DALLAS, TX 75201

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌃

**September 1, 2020, 9:48 am**
Delivered
DALLAS, TX 75201
Your item was delivered at 9:48 am on September 1, 2020 in DALLAS, TX 75201.

**September 1, 2020, 9:12 am**
Arrived at Unit
DALLAS, TX 75201

**August 31, 2020, 6:16 pm**
Available for Pickup
DALLAS, TX 75201

**August 31, 2020, 7:10 am**
Out for Delivery
DALLAS, TX 75201

**August 30, 2020, 2:04 pm**
Departed USPS Regional Destination Facility
DALLAS TX DISTRIBUTION CENTER

**August 30, 2020, 8:59 am**
Arrived at USPS Regional Facility
DALLAS TX DISTRIBUTION CENTER

**August 30, 2020, 8:28 am**
Departed USPS Facility
IRVING, TX 75059

Feedback

**August 30, 2020, 2:59 am**
Arrived at USPS Facility
IRVING, TX 75059

**August 29, 2020, 9:18 am**
Departed USPS Regional Facility
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER

**August 28, 2020, 9:29 pm**
Arrived at USPS Regional Origin Facility
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER

**August 28, 2020, 8:51 am**
Arrived at USPS Facility
KISSIMMEE, FL 34741

**August 28, 2020, 12:11 am**
Arrived at USPS Regional Origin Facility
SEMINOLE-ORLANDO FL DISTRIBUTION CENTER

**August 27, 2020, 10:56 pm**
Accepted at USPS Origin Facility
KISSIMMEE, FL 34747

**August 27, 2020, 4:05 pm**
Shipment Received, Package Acceptance Pending
KISSIMMEE, FL 34747

Feedback

**August 26, 2020, 9:28 pm**
Shipping Label Created, USPS Awaiting Item
KISSIMMEE, FL 34747

**August 26, 2020**
Pre-Shipment Info Sent to USPS, USPS Awaiting Item

Product Information

See Less



Feedback

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**