# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| WSOU INVENTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § § § CIVIL ACTION NO. 6:20-cv-783-ADA |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Hewlett Packard Enterprise Company ("Defendant") files this Unopposed Motion for Extension of Time to Respond to Complaint and respectfully shows the following:

Plaintiff WSOU Investments, LLC filed its Complaint on August 26, 2020 (Dkt. No. 1) and served Defendant on September 1, 2020. Defendant's current response deadline is September 22, 2020. Defendant requests an extension to respond on or before October 23, 2020. Counsel for Defendant conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendant respectfully requests that the Court grant this motion and enter an order extending the deadline for Defendant to answer or otherwise respond to the Complaint to October 23, 2020.

Respectfully submitted,

Dated: September 2, 2020   By: /s/ *Barry K. Shelton*
Barry K. Shelton
Texas State Bar No. 24055029
**SHELTON COBURN LLP**
311 RR 620, Suite 205
Austin, TX 78734-4775
bshelton@sheltoncoburn.com
(512) 263-2165 (Telephone)
(512) 263-2166 (Facsimile)

ATTORNEYS FOR DEFENDANT
HEWLETT PACKARD ENTERPRISE
COMPANY

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

                                                       /s/ *Barry K. Shelton*
                                                          Barry K. Shelton