IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | § § § § § § § § § § § § § § § <br><br> CIVIL ACTION NO. 6:20-cv-783-ADA |

**ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This Court, having considered Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (the "Motion"), hereby GRANTS the Motion and ORDERS the following:

Defendant's deadline to answer or otherwise respond to the Complaint is extended to October 23, 2020.

SIGNED this _____ day of September 2020.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE