United States District Court
Western District of Texas
Waco
**Deficiency Notice**

| | |
|---|---|
| To: | Mort, Raymond W III |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, September 11, 2020 |
| Re: | 06:20-CV-00783-ADA / Doc # 10 / Filed On: 09/11/2020 01:21 PM CST |

Pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Filed under the wrong Motion type, BUT corrected with the filing of document 11. Please consider filing a motion to withdraw document 10 from the case as it was filed in error.