UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | No. 6:20-cv-00783-ADA<br><br>JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Hewlett Packard Enterprise Company ("HPE"), hereby provide the following case readiness status report in advance of the initial Case Management Conference ("CMC").

### FILING AND EXTENSIONS

Brazos's Complaint was filed on August 26, 2020. There has been one extension for a total of 31 days.

### RESPONSE TO THE COMPLAINT

On October 23, 2020, HPE responded to Brazos's Complaint by filing a Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6). *See* Dkt. 18 No counterclaims have been filed.

### PENDING MOTIONS

The only pending motion is HPE's Motion to Dismiss Complaint for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. 19).

### RELATED CASES IN THIS JUDICIAL DISTRICT

There are no related cases in this judicial district involving the same patent. There are six other cases pending in this Judicial District involving the same parties but different patents, including: Case Nos. 6:20-cv-00725; 6:20-cv-00726; 6:20-cv-00727; 6:20-cv-00728; 6:20-cv-00729; and 6:20-cv-00730.

### IPR, CBM, AND OTHER PGR FILINGS

There are no known IPR, CBM, or other PGR filings.

### NUMBER OF ASSERTED PATENTS AND CLAIMS

Brazos has asserted 1 patent (U.S. Patent No. 9,398,629). Brazos anticipates serving its preliminary infringement contentions on Friday, November 6, 2020, asserting a total of 7 claims.

### APPOINTMENT OF TECHNICAL ADVISER

The parties do not request a technical adviser be appointed to the case.

### MEET AND CONFER STATUS

Brazos and HPE conducted a meet & confer conference on October 29, 2020, and again on November 2, 2020. The parties note the following issues for potential discussion at the CMC:

**Pre-*Markman* Discovery (Disputed)**

Defendant intends to request pre-*Markman* discovery on assignment issues relating to the asserted patent, on the basis that the discovery is relevant to jurisdiction (specifically, standing), and further that it is likely to involve international discovery that should at least be initiated before *Markman* due to the time frame involved.

Plaintiff believes that any pre-*Markman* discovery on assignments would be speculative and premature and should be stayed until after the *Markman* hearing pursuant to the Court's standing Order Governing Proceedings – Patent Case.

**Procedure for Motions to Transfer (Agreed)**

Defendant plans to move for a transfer of venue after the CMC. The parties jointly propose that Defendant be permitted to file a consolidated motion that applies to this case and one or more of the related cases identified above, to the extent they have overlapping facts relevant to transfer, and that the briefing on such a consolidated transfer motion proceed according to Paragraph 4 of the Court's standing Order Governing Proceedings – Patent Cases.

***Markman* Hearing (Agreed)**

For efficiency, the parties jointly propose that the Court conduct a single *Markman* hearing that encompasses this case and the 6 other related cases identified above.

**Discovery Limits (Disputed)**

Defendant believes that Plaintiff's seven lawsuits asserting one patent each do not require seven cases' worth of discovery, and Defendant proposes instead that the standard discovery limits (listed below) apply to the seven related cases in total, subject to the caveat that the parties will meet and confer on potential expansions of these limits if specific issues arise that one or more parties believes require more discovery:

1. Interrogatories: 30 per side
2. Requests for Admission: 45 per side
3. Requests for Production: 75 per side
4. Fact Depositions: 70 hours per side (for both party and non-party witnesses combined)
5. Expert Depositions: 7 hours per report

Plaintiff believes that its seven lawsuits present unique and non-overlapping issues regarding the infringement of the patents asserted in each case, which are not related to each other, and that it would be improper to require the parties to litigate seven separate cases with the discovery limits of a single case. For the purposes of efficiency, Plaintiff proposes the following

combination of common (which can be used across all of the seven cases) and case-specific (which case only be used for a specific case) discovery limitations:

1. Interrogatories: 8 common and 12 case-specific per side
2. Requests for Admission: 10 common and 20 case-specific per side
3. Requests for Production: 10 common and 35 case-specific per side
4. Fact (Party) Depositions: 10 common hours and 21 case-specific hours per side
5. Fact (Third Party) Depositions: 21 case-specific hours per side
6. Expert Depositions: 7 hours per report (if the same report applies to multiple cases: 3 common hours and 4 case-specific hours per report)

Respectfully submitted,

Dated: November 5, 2020

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax:   (512) 677-6825

Edward J. Naughton
(*pro hac vice*)
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
(*pro hac vice*)
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone:   (617) 856-8200
facsimile:   (617) 856-8201

Alessandra C. Messing
(*pro hac vice*)
amessing@brownrudnick.com
Timothy J. Rousseau
(*pro hac vice*)
trousseau@brownrudnick.com
Yarelyn Mena
(*pro hac vice*)
ymena@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:   (212) 209-4800
facsimile:   (212) 209-4801

David M. Stein
dstein@brownrudnick.com
Texas State Bar No. 797494
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:   (949) 752-7100
facsimile:   (949) 252-1514

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

*/s/ Barry K. Shelton*
Barry K. Shelton
Texas Bar No. 24055029
bshelton@sheltoncoburn.com
Shelton Coburn LLP
311 RR 620 S, Suite 205
Austin, Texas 78734
telephone:  (512) 263-2165
facsimile:   (512) 263-2166

*Counsel for Defendant*
*Hewlett Packard Enterprise Company*