AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| WSOU INVESTMENTS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:20-cv-00783-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Hewlett Packard Enterprise Company .

Date:    11/20/2020

/s/ Michael D. Hatcher
*Attorney's signature*

Michael D. Hatcher, TX Bar No. 24027067
*Printed name and bar number*

SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201

*Address*

mhatcher@sidley.com
*E-mail address*

(214) 981-3300
*Telephone number*

(214) 981-3400
*FAX number*