**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Civil Action No. 6:20-cv-00783-ADA <br><br> **JURY TRIAL DEMANDED** |

## ORDER

The Court, having considered WSOU Investments, LLC d/b/a Brazos Licensing and Development's motion for extension of time to respond to Defendant Hewlett Packard Enterprise Company's motion to dismiss, finds that the motion for extension of time has merit and thus hereby GRANTS the motion for an extension.

Accordingly, the deadline for Plaintiff to respond to the motion to dismiss is extended until and including December 11, 2020.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE